HARVEY P. SACKETT (72488)


1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| KEVIN P. KUNHEL,                                    ) | Case No.: 05-00905 AWI-DLB |
|                                                     ) | |
|         Plaintiff,       ) | |
|                                                     ) | |
| v.                                                  ) | STIPULATION AND ORDER |
|                                                     ) | |
|                                                     ) | |
|                                                     ) | |
| JO ANNE B. BARNHART,                                ) | |
| Commissioner, Social Security   ) | |
| Administration,                                     ) | |
|                                                     ) | |
|         Defendant.       ) | |
|                                                     ) | |

    Plaintiff and Defendant, through their respective attorneys,

hereby stipulate that Plaintiff shall have an extension of

time up through and including Friday, January 20, 2006 in

which to file the Confidential Letter. This extension is

necessitated by the number of other cases Plaintiff's

counsel currently has before the district court that also

require briefing.

Dated: December 14, 2005          /S/ KIMBERLY A. GAAB
                                     KIMBERLY A. GAAB
                                 Assistant U.S. Attorney




Dated: December 14, 2005       /S/ HARVEY P. SACKET
                               HARVEY P. SACKETT
                     Attorney for Plaintiff KEVIN P. KUNHEL


        IT IS SO ORDERED.

    Dated:    December 22, 2005            /s/ Dennis L. Beck
3b142a                             UNITED STATES MAGISTRATE JUDGE