McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN P. KUHNEL, | ) | 1:05-CV-0905 AWI DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for defendant to respond to plaintiff's opening brief be extended from July 19, 2006 to August 22, 2006.

///

///

///

///

///

///

///

1

1    This is the defendant's first request for an extension of time

2  to file a response to plaintiff's opening brief.  The Social

3  Security Administration needs the additional time to further review

4  the file and prepare a response in this matter.

5                              Respectfully submitted,

6

7  Dated: July 11, 2006        /s/ Harvey P. Sackett
                               (As authorized via facsimile)
8                              HARVEY P. SACKETT
                               Attorney for Plaintiff
9

10

11 Dated: July 11, 2006        McGREGOR W. SCOTT
                               United States Attorney
12

13                             /s/ Kimberly A. Gaab
                               KIMBERLY A. GAAB
14                             Assistant U.S. Attorney

15      IT IS SO ORDERED.

16
     **Dated:   July 14, 2006**          **/s/ Dennis L. Beck**
17 3c0hj8                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28
                                    2