IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN P. KUHNEL, | ) | 1:05-CV-0905 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND PURSUANT TO |
| | ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, | ) | § 405(g), and ENTRY OF JUDGMENT |
| Commissioner of Social | ) | IN FAVOR OF PLAINTIFF AND AGAINST |
| Security, | ) | DEFENDANT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 23, 2006, the parties filed the following stipulation for judgment and remand:

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct an Administrative Law Judge to take the following action:

1. Update the medical record with existing evidence from the treating sources to include medical source statements;

2. Consider and weigh the opinions provided by the state agency medical consultants in accordance with SSR 96-6p;

3. Further consider the credibility of the claimant's subjective complaints in accordance with SSR 96-7p; and,

    4.  Consider the lay witness evidence provided by the claimant's wife as required by 20 C.F.R. §§ 404.1527(b) and 416.927(b);

    5.  In addition, the ALJ will re-evaluate the claimant's residual functional capacity;

    6.  Reassess whether the claimant can return to his past relevant work; and,

    7.  If warranted, obtain supplemental vocational expert evidence.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                    Respectfully submitted,

Dated:  August 22, 2006       /s/ Harvey P. Sackett
                                  (As authorized via facsimile)
                                  HARVEY P. SACKETT
                                  Attorney for Plaintiff

Dated:  August 23 , 2006     McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kimberly A. Gaab
                                  KIMBERLY A. GAAB
                                  Assistant U.S. Attorney

Based on the above stipulation, IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   August 24, 2006**        **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE