1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4036
5  Attorneys for Defendant

6

            IN THE UNITED STATES DISTRICT COURT FOR THE
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
   KEVIN P. KUHNEL,              )    1:05-CV-0905 AWI DLB
10                               )
                 Plaintiff,      )    STIPULATION AND ORDER
11                               )    TO EXTEND TIME
                 v.              )
12                               )
   JO ANNE B. BARNHART,          )
13 Commissioner of Social        )
   Security,                     )
14                               )
                 Defendant.      )
15 _____)

16      The parties, through their respective counsel, stipulate that

17 the time for defendant to respond to plaintiff's opening brief be

18 extended from August 22, 2006 to September 21, 2006.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

27

28

                                   1

This is defendant's second request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: August 16, 2006      /s/ Harvey P. Sackett
                                      (As authorized via facsimile)
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff

Dated: August 16, 2006      McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kimberly A. Gaab
                                      KIMBERLY A. GAAB
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:  August 31, 2006**                    **/s/ Dennis L. Beck**
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE