McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN P. KUNHEL, | ) | 1:05-cv-0905 AWI DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | AWARDING EAJA ATTORNEY FEES |
| v. | ) | and COSTS |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the **Equal Access to Justice Act** in the amount of SIX THOUSAND DOLLARS ($6,000.00) and **costs** in the amount of TWO HUNDRED AND FIFTY-SEVEN DOLLARS and FORTY CENTS ($257.40).  These amounts represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and costs and does not constitute an admission of liability on the part of defendant

1

under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

                                   Respectfully submitted,

Dated: September 21, 2006        McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Kimberly A. Gaab
                                 KIMBERLY A. GAAB
                                 Assistant U.S. Attorney




Dated: September 14, 2006        /s/ Harvey P. Sackett
                                 (As authorized via facsimile) for
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff


     IT IS SO ORDERED.

     **Dated:    September 21, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

2