# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN P. KUNHEL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:05 -cv-00905-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)<br><br>(ECF Nos. 26, 28, 29) |

Petitioner Harvey P. Sackett ("Counsel"), attorney for Plaintiff Kevin P. Kunhel ("Plaintiff"), filed the instant motion for attorney fees on January 27, 2014.  On February 20, 2014, the magistrate judge issued Findings and Recommendations recommending granting Counsel's motion for attorney fees.  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen (14) days.  No party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

//

//

//

1

Accordingly, it is HEREBY ORDERED that:

1. Counsel's motion for an award of attorney fees pursuant to Section 406(b) in the amount of $25,563.50 is GRANTED; and

2. Counsel's award shall be offset by $6,000.00 for the EAJA fees previously awarded pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:  March 17, 2014

_____
SENIOR DISTRICT JUDGE